IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. RICARDO GOMEZ-DOMINGUEZ, Defendant. | **Case No.:** CR 17–291 WHA<br>**[PROPOSED]** **ORDER RE: STIPULATION TO RESCHEDULE CHANGE OF PLEA HEARING AND REQUEST FOR SUMMARY SENTENCING**<br>**Court:** Courtroom 8, 19th Floor |
|---|---|

Defendant Ricardo Gomez-Dominguez, by and through his counsel of record Elizabeth Falk, and Assistant United States Attorney Randall Leonard hereby stipulate and agree to reschedule the Change of Plea Hearing and Request for Summary Sentencing currently scheduled for June 20, 2017 to a new date of July 11, 2017. The request is due to the fact that defense counsel will be out of town on work-related travel on June 20 and June 27, 2017.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time from June 20, 2017 to July 11, 2017 would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from June 20, 2017 to July 11, 2017 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time from June 20, 2017 to July 11, 2017 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. 3161(h)(7)(A) and (B)(iv).

STIPULATION TO CHANGE COURT DATE
*1TGOMEZ-DOMINGUEZ*, CR 17–1T291 1TWHA

| | |
|---|---|
| | IT IS SO ORDERED. |

IT IS SO ORDERED.

<u>June 16, 2017</u>.  
Dated

WILLIAM ALSUP  
United States District Judge

IT IS SO STIPULATED.

<u>June 15, 2017</u>  
Dated

BRIAN J. STRETCH  
United States Attorney  
Northern District of California

<u>        /S        </u>  
RANDALL LEONARD  
Assistant United States Attorney

<u>June 15, 2017</u>  
Dated

STEVEN G. KALAR  
Federal Public Defender  
Northern District of California

<u>        /S        </u>  
ELIZABETH FALK  
Assistant Federal Public Defender

STIPULATION TO CHANGE COURT DATE
*GOMEZ-DOMINGUEZ*, CR 17–291 WHA